IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH JERMAINE WHIGHAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:09cv387-TMH |
| ) | (WO) |
| KEITH REED, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER

On March 23, 2011, the Magistrate Judge issued a Recommendation (Doc. 11) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 11) is ADOPTED;

2. The petition for habeas corpus relief filed by Whigham (Doc. 1) is DENIED.

3. This case is DISMISSED with prejudice.

DONE this 25th day of April, 2011.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE